SOUTHERN KRAFT CORPORATION, Appellant and Respondent, *v.* STANDARD CAPITAL CORPORATION, Respondent and Appellant.

Submitted October 1, 1945; decided October 11, 1945.

Motion by defendant-respondent and appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 937.]

In the MATTER OF THE CITY OF NEW YORK, Appellant, against EMIL SCHOECK et al., Respondents, et al., Defendants.

Submitted October 1, 1945; decided October 11, 1945.

Motion by respondents to amend remittitur denied, without costs and necessary printing disbursements. The opinion clearly states that the retirement of the respondent does not become effective until the Board of Trustees of the New York Fire Department Pension Fund shall take action to that end. [See 294 N. Y. 559.]